NATHAN VAN EMBDEN, ESQ.
21 E. Main Street
P.O. Box 428
Millville, NJ 08332
(856) 327-4220
Attorney ID # NV2911

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In re: Nicole LaFond                )
                                    ) Bankruptcy Case No: 16-20935/ABA
                                    ) Chapter 13
                                    )
                    Debtor(s)       )

### SUBSTITUTION OF ATTORNEY

The undersigned hereby consent to the substitution of Nathan Van Embden, Esquire as Attorney for Nicole LaFond, the debtor in the above entitled case.

Dated: January 17, 2017

_____          _____
Nathan Van Embden, Esquire            Terry Tucker, Esquire
21 E. Main Street                     92 W. Broad Street
P.O. Box 428                          Bridgeton, NJ 08302
Millville, NJ 08332                   Withdrawing Attorney
Superseding Attorney