| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |  |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) 2004-0817 Nathan Van Embden, Esquire<br>21 E. Main Street<br>PO Box 428<br>Millville, New Jersey 08332<br>856-327-4220<br>Attorney ID # NV2911 |  |
| Nicole LaFond<br><br>Debtor(s) | Case No.: 16-20935<br><br>Judge: Altenburg<br><br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
## ☐ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
## ☑ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following:

1. ☐ Motion for Relief from the Automatic Stay filed by creditor _____. A hearing has been scheduled for_____ **at 10:00 am.**

OR

2. ☑ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for *January 27, 2017 @ 9:00 am.*

3. ☐ Certification of Default filed by creditor,_____. I am requesting a hearing be scheduled on this matter.

4. ☐ Certification of Default filed by Standing Chapter 13 Trustee.

I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons:

☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows:

☑ Other: *I agree with the Chapter 13 Trustee recommendation to raise my monthly payment to accommodate the higher POC of the mortgage company. I will make the increased payment of $1,479.00 for January 2017 and capitalized payment of $1,496.00 for 53 months thereafter.*

5 This certification is being made in an effort to resolve the issues raised by the creditor in its certification.

3. I certify under penalty of perjury that the foregoing is true and correct.

Date: January 18, 2017              /s/ Nicole LaFond
                                    Nicole LaFond, Debtor