Printed on: 01/14/2017  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2016 to 12/31/2016  
**Case Number: 16-20935 (ABA)**

Nicole Lafond  
508 East Pine Street  
Millville, NJ  08332

Monthly Payment: $1,039.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 07/05/2016 | $1,029.00 | 07/29/2016 | $1,029.00 | 09/02/2016 | $1,039.00 | 10/04/2016 | $1,039.00 |
| 11/02/2016 | $1,039.00 | 12/05/2016 | $1,039.00 | 12/08/2016 | $-1,039.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | NICOLE LAFOND | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $3,100.00 | $0.00 | $3,100.00 |
| 1 | MTGLQ INVESTORS, LP | 24 | $75,232.38 | $1,686.83 | $73,545.55 | $1,686.83 |
| 2 | RUSHMORE LOAN MANAGEMENT SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2016 | 1.00 | $0.00 |
| 08/01/2016 | Paid to Date | $2,058.00 |
| 09/01/2016 | 58.00 | $1,039.00 |
| 07/01/2021 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,175.00 |
| Total paid to creditors this period: | $4,786.83 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $2,078.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**