Printed on: 01/12/2018  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017  
**Case Number: 16-20935 (ABA)**

Nicole Lafond  
508 East Pine Street  
Millville, NJ  08332

Monthly Payment: $1,544.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/2017 | $1,000.00 | 01/31/2017 | $543.00 | 03/03/2017 | $1,000.00 | 03/03/2017 | $544.00 |
| 04/03/2017 | $1,000.00 | 04/03/2017 | $544.00 | 05/03/2017 | $644.00 | 05/03/2017 | $900.00 |
| 06/06/2017 | $1,000.00 | 06/06/2017 | $544.00 | 07/12/2017 | $1,000.00 | 07/12/2017 | $544.00 |
| 08/14/2017 | $1,000.00 | 08/14/2017 | $544.00 | 09/12/2017 | $1,000.00 | 09/12/2017 | $544.00 |
| 10/17/2017 | $1,000.00 | 10/17/2017 | $544.00 | 11/28/2017 | $1,000.00 | 11/28/2017 | $544.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | NICOLE LAFOND | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $3,100.00 | $0.00 | $0.00 |
| 0 | NATHAN VAN EMBDEN, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | MTGLQ INVESTORS, LP | 24 | $75,232.38 | $15,921.61 | $59,310.77 | $12,811.21 |
| 2 | RUSHMORE LOAN MANAGEMENT SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2016 | 7.00 | $0.00 |
| 02/01/2017 | Paid to Date | $6,718.00 |
| 03/01/2017 | 52.00 | $1,544.00 |
| 07/01/2021 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $15,439.00 |
| Total paid to creditors this period: | $12,811.21 |
| Undistributed Funds on Hand: | $1,423.57 |
| Arrearages: | $1,544.00 |
| Attorney: | NATHAN VAN EMBDEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**