Printed on: 01/27/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/1900 to 01/01/1900  
**Case Number: 16-20935 (ABA)**

Nicole Lafond  
508 East Pine Street  
Millville, NJ  08332

Monthly Payment: $1,544.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |      |        |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | NICOLE LAFOND | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $3,100.00 | $0.00 | $0.00 |
| 0 | NATHAN VAN EMBDEN, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | U.S. BANK, N.A. | 24 | $75,232.38 | $32,985.91 | $42,246.47 | $17,070.48 |
| 2 | RUSHMORE LOAN MANAGEMENT SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|------------|---------|
| 07/01/2016 | 7.00 | $0.00 |
| 02/01/2017 | Paid to Date | $6,718.00 |
| 03/01/2017 | 52.00 | $1,544.00 |
| 07/01/2021 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $0.00 |
| Total paid to creditors this period: | $17,070.48 |
| Undistributed Funds on Hand: | $1,417.39 |
| Arrearages: | $1,544.00 |
| Attorney: | NATHAN VAN EMBDEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**