Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 16-20935 (ABA)**

Nicole Lafond  
508 East Pine Street  
Millville, NJ  08332

Monthly Payment: $1,544.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2018 | $544.00 | 01/03/2018 | $1,000.00 | 02/02/2018 | $1,000.00 | 02/02/2018 | $544.00 |
| 03/05/2018 | $544.00 | 03/05/2018 | $1,000.00 | 04/04/2018 | $544.00 | 04/04/2018 | $1,000.00 |
| 05/02/2018 | $544.00 | 05/02/2018 | $1,000.00 | 06/05/2018 | $544.00 | 06/05/2018 | $1,000.00 |
| 07/05/2018 | $544.00 | 07/05/2018 | $1,000.00 | 08/08/2018 | $544.00 | 08/08/2018 | $1,000.00 |
| 09/11/2018 | $1,000.00 | 09/11/2018 | $544.00 | 10/10/2018 | $544.00 | 10/10/2018 | $1,000.00 |
| 11/06/2018 | $1,000.00 | 11/06/2018 | $544.00 | 12/13/2018 | $1,000.00 | 12/13/2018 | $544.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | NICOLE LAFOND | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $3,100.00 | $0.00 | $0.00 |
| 0 | NATHAN VAN EMBDEN, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | U.S. BANK, N.A. | 24 | $75,232.38 | $34,403.30 | $40,829.08 | $17,070.48 |
| 2 | RUSHMORE LOAN MANAGEMENT SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2016 | 7.00 | $0.00 |
| 02/01/2017 | Paid to Date | $6,718.00 |
| 03/01/2017 | 52.00 | $1,544.00 |
| 07/01/2021 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $18,528.00 |
| Total paid to creditors this period: | $17,070.48 |
| Undistributed Funds on Hand: | $1,417.39 |
| Arrearages: | $1,544.00 |
| Attorney: | NATHAN VAN EMBDEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**